JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCO ALONZO; JODI VALDES; MICHELLE DABUET; all of them individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIMUS, INC.; and DOES 1 through 10,<br><br>Defendants. | CASE NO. CV 08-6755-JST (MANx)<br><br>**ORDER AND JUDGMENT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

# ORDER AND JUDGMENT

The final approval hearing in this action took place on September 23, 2012. Ira Spiro of Spiro Moore LLP appeared on behalf of Plaintiffs Blanco Alonzo ("Alonzo"), Jodi Valdes ("Valdes") and Michelle Dabuet ("Dabuet") (collectively, "Plaintiffs") and the class that has been certified in this action. Aaron Olsen of Epstein, Becker & Green, P.C. appeared on behalf of Defendant MAXIMUS, Inc. ("Defendant").

The Court has considered the declaration of Defendant's counsel attesting to the mailing of class notice to the Class, and all other papers filed in connection with the proposed settlement. The Court has also considered the additional information provided by counsel at the hearing on subjects including the notice to the class, the responses thereto, the fee and expense reimbursement award, the lack of any inquiry by class members concerning the fee and expense reimbursement award or concerning attorneys' fees and expense reimbursements, and the reasonableness of the settlement.

Having considered this information, and there being no objections raised to the proposed settlement, the Court finds as follows:

A. The settlement is fair, just, equitable, reasonable, adequate, and in the best interests of the class members; and

B. The notice was the best practical notice under the circumstances and satisfied pertinent due process requirements and the Federal Rule of Civil Procedure 23.

Wherefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Court orders final approval of the settlement that is set forth in the Joint Stipulation of Class Action Settlement and Release of All Claim (Document 163), filed April 27, 2012;

2. The amounts to be paid by Defendant to the class members shall be paid within the time provided for in said Stipulation;

3. Plaintiffs Alonzo, Valdes and Dabuet are each awarded enhancements in the amount of $2,000.00 for their time and effort in acting as class representatives, with such sums, to be paid within the time provided for in said Stipulation; and

4. Class counsel Spiro Moore LLP are awarded $25,000.00 total as expense reimbursement and attorneys' fees, to be paid within the time provided for in said Stipulation.

Dated: August 03, 2012

_____
Josephine Staton Tucker
United States District Judge

ORDER OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT